■ MANDIE LYNN, INC., Respondent, v INTEGRITY INSURANCE COMPANY, Appellant. (And Third-Party and Fourth-Party Actions.)—Appeal from order, Supreme Court, New York County (Ethel Danzig, J.), entered on August 21, 1986, unanimously discontinued with prejudice, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sandler, Carro, Asch and Milonas, JJ.